UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 2:14-cr-66-FtM-38CM

JULIAN FUENTES-FLORES

---

**ORDER[1]**

This matter comes before the Court on the Defendant, Julian Fuentes-Flores' Motion for Miscellaneous Relief and Reconsideration of the Court's Order Denying His Motion to Dismiss (Doc. #41) filed on December 1, 2014. On November 26, 2014, the Court denied the Defendant's Motion to Dismiss as untimely filed based upon the Court's Scheduling Order. The Defendant now moves the Court to reconsider the Order (Doc. # 39) and review the Motion to Dismiss on the merits.

As grounds, the Defendant states he did not obtain the information vital to his Motion to Dismiss until November 17, 2014. Specifically, the Defendant's Counsel states that he did not know that the initial deportation order from May of 1999 was issued to the Defendant when he was a 17 year old minor. The Defendant filed his Motion to Dismiss on November 24, 2014, only eight days after discovering the new information. Based

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

upon the Defendant's argument in his brief, the Court finds good cause to grant the reconsideration.

Accordingly, it is now **ORDERED:**

The Defendant, Julian Fuentes-Flores' Motion for Miscellaneous Relief and Reconsideration of the Court's Order Denying His Motion to Dismiss (Doc. #41) is **GRANTED**.

1. The Clerk of the Court is directed to change the status of the Defendant's Motion to Dismiss (Doc. #38) and show the Motion as pending on the docket sheet.

2. The United States is directed to file a Response to the Motion to Dismiss (Doc. # 38) on or before **December 17, 2014**.

3. The case is continued until the January 2015 trial term, commencing January 5, 2015.  After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated above, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. The Court, therefore, determines that the time from today until the end of the January 2015 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

**DONE AND ORDERED** at Fort Myers, Florida, this December 3, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record