UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:14-cr-66-FtM-38CM

JULIAN FUENTES FLORES

---

## ORDER

This matter comes before the Court on the Motion to Advance Arraignment Hearing (Doc. #79) filed on February 5, 2015.  Counsel moves the Court to advance the arraignment hearing currently scheduled for February 12, 2015.   The Court, having reviewed the motion, finds good cause and will grant the relief requested as outlined below.

Accordingly, it is now

**ORDERED:**

The Motion to Advance Arraignment Hearing (Doc. 79) is **GRANTED**.   The Arraignment will be scheduled for February 9, 2015 at 10:45 A.M.  The Clerk is directed to issue a notice rescheduling the hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this February 6, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record