UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:14-cr-66-FtM-38CM

JULIAN FUENTES-FLORES

### ORDER

This matter comes before the Court on the Defendant's Motion to Advance Case on Sentencing Calendar (Doc. #91) filed on March 27, 2015.  Counsel moves the Court to advance the sentencing date currently scheduled for May 11, 2015.  As grounds, Counsel indicates that based upon the calculations of the probation officer, it appears the defendant scores in the 1 -7 month recommended range pursuant to the Sentencing Guidelines.  The defendant has been in custody since the inception of the case.  The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below.

Accordingly, it is now **ORDERED:**

The Defendant's Motion to Advance Case on Sentencing Calendar (Doc. 91) is **GRANTED**.  The sentencing hearing is rescheduled to **April 13, 2015 at 11:00 AM**.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this March 30, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record